**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WYNOMA P. HOLLIS,

    Plaintiff,

vs.                                                     Case No.  3:12-cv-1358-J-99MMH-JRK

CBS TV 47 / CLEAR CHANNEL
BROADCASTING INC. and JACKSONVILLE
HUMAN RIGHTS COMMISSION,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. No. 9; Report) entered on March 22, 2013. In the Report, Judge Klindt recommends that the Court deny Plaintiff, Wynoma Hollis's (Hollis's), Affidavit of Indigency (Doc. No. 2; Motion), which Judge Klindt construed as a Motion to Proceed In Forma Pauperis, and dismiss Hollis's Complaint (Doc. No. 1; Complaint). On March 25, 2013, Hollis filed a Response to Report and Recommendation (Doc. No. 9; Objection).

Upon independent review of the record, and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objection, and accept and adopt the legal and factual conclusions recommended in the Report by Judge Klindt.[1]

---

[1] In reviewing the record, the Court identified two scrivenor's errors that require correction before adoption by the Court. Thus, the Court changes the date "July, 17, 2012" in line 4 of page 3 to "June 25, 2012." In that same sentence, the Court changes "Doc. No. 10" in line 5 of page 3 to "Doc. No. 7." That sentence now reads: "After filing the amended complaint in the First Action, on June 25, 2012, Plaintiff filed a supplement (Doc. No. 7, First Action)."

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's Response to Report and Recommendation (Doc. No. 10) is **OVERRULED**.

2. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. No. 9), as modified, is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Affidavit of Indigency (Doc. No. 2), which the Court construes as a Motion to Proceed In Forma Pauperis, is **DENIED**.

4. This case is **DISMISSED without prejudice**, and the Clerk of the Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of April, 2013.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

i21

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Pro Se Party